IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADIA MARY METROKA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-601 |
| | : | |
| PENNSYLVANIA STATE LAW | : | |
| ENFORCEMENT, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 7th day of April, 2023, upon consideration of Defendants Kelly Heist's and Lower Moreland Township Police Department's Motion to Dismiss and Plaintiff Nadia Mary Metroka's objections, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion (Document 15) is GRANTED.

It is further ORDERED the claims against the Lower Moreland Township Police Department and Kelly Heist are DISMISSED with prejudice.

The Clerk of Court is DIRECTED to terminate Heist and the Police Department as defendants to this action.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.