IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADIA MARY METROKA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-601 |
| | : | |
| PENNSYLVANIA STATE LAW ENFORCEMENT, et al. | : : | |

**ORDER**

AND NOW, this 1st day of June, 2023, for the reasons stated in the accompanying Memorandum, it is hereby ORDERED:

1. Defendant Google LLC's Motion to Dismiss (ECF No. 35) is GRANTED;

2. Plaintiff Nadia Mary Metroka's Motion for Leave to File an Amended Complaint (ECF No. 45) is DENIED in part insofar as Metroka seeks to file an amended complaint against Google;[1] and

3. The Clerk of Court is DIRECTED to terminate Google as a defendant to this action.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] Note, this Motion has not been fully ruled on, and remains outstanding as to terminated Defendant Pennsylvania State Law Enforcement Agency. The Motion has already been denied in part as to terminated Defendants Lower Moreland Township Police Department and Officer Kelly Heist. *See* Order, May 16, 2023, ECF No. 51.