IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADIA MARY METROKA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-601 |
| | : | |
| PENNSYLVANIA STATE LAW | : | |
| ENFORCEMENT AGENCY, et al. | : | |

# **ORDER**

AND NOW, this 15th day of June, 2023, upon consideration of pro se Plaintiff Nadia Mary Metroka's Motion for Leave to File Amended Complaint (ECF No. 45) and Pennsylvania State Law Enforcement's Response in Opposition, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED as to Pennsylvania State Law Enforcement.

The Clerk of Court is DIRECTED to mark this matter as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.