IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADIA MARY METROKA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-601 |
| | : | |
| PENNSYLVANIA STATE LAW ENFORCEMENT, et al. | : : | |

## **ORDER**

AND NOW, this 11th day of July, 2023, upon consideration of pro se Plaintiff Nadia Mary Metroka's letter request for Rule 60(b) relief (ECF No. 78), it is hereby ORDERED the request is DENIED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.