IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NADIA MARY METROKA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-601 |
| | : | |
| PENNSYLVANIA STATE LAW ENFORCEMENT, et al. | : : | |

**ORDER**

AND NOW, this 14th day of September, 2023, upon consideration of Montgomery County's Motion to Strike Plaintiff's Supplemental Complaint or, Alternatively, for an Award of Costs (Document No. 96), it is hereby ORDERED the Motion is DISMISSED as to the request to strike. It is further ORDERED the Motion is DENIED without prejudice as to the request for an award of costs.[1]

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] The above-captioned matter is closed and on appeal to the Third Circuit Court of Appeals. Nevertheless, on August 30, 2023, pro se Plaintiff Nadia Mary Metroka filed a new complaint naming Montgomery County as a Defendant. ECF No. 93. Montgomery County now seeks to strike this Complaint, as it was filed without leave. Mem. Law Supp. Mot. Strike 3-4, ECF No. 96. In the alternative, Montgomery County asks the Court to award it the costs it incurred responding to Metroka's previous amended complaint, which she voluntarily dismissed as to the County. *Id.* at 4-6.

Though Metroka has filed a new complaint, there are no active claims or defendants before the Court because, as stated above, this matter is closed. And Montgomery County is not a party. Therefore, the motion to strike will be dismissed. As to the County's request for an award of attorney's fees, it seeks this relief only if the Court grants Metroka leave to proceed on the new, supplemental complaint against the County. *Id.* at 2. Because the Court is not doing so, Montgomery County's alternative motion for an award of costs is denied without prejudice.