UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-025

No. 23-2004

Nadia Metroka,
Appellant

v.

Pennsylvania State Police, et al

(E.D. Pa. No. 2-23-cv-00601)

Present:  SHWARTZ, CHUNG, and SMITH, Circuit Judges

    1.  Motion filed by Appellant to Reopen Case

Respectfully,
Clerk/amr

_____ORDER_____

The foregoing motion filed by Appellant to reopen the case is granted.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: December 6, 2023
CJG/cc:    Nadia M. Metroka, Esq.
           Claudia M. Tesoro, Esq.
           Brian C. Conley, Esq.
           David J. MacMain, Esq.
           Ryan James, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk